ANDREW CLARK
v.
WILLIAM WATSON

1811

. . . . . . . . . . . . . . . . . .

1. Discontinuance .   .   .   .   .   .   .   .   . *Journal, infra,* \*p. *355*

PAPERS IN FILE
[None]

JOHN McDONELL
v.
AMABLE BELAIR

1811

JOURNAL ENTRIES

1. Alias granted   .   .   .   .   .   .   .   .   . *Journal, infra,* \*p. *355*

PAPERS IN FILE

1. Precipe for capias .   .   .   .   .   .   .   .   .   .   .   .   .
2. Capias   .   .   .   .   .   .   .   .   .   .   .   .   .   .